IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABD AL HAKIM GHALIB AHMAD ALHAG, *et al.*,<br>Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>   Respondents. | Civil Action No. 05-2199 (HHK) |

**MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY TO RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION FOR ORDER REQUIRING RESPONDENTS TO PROVIDE 30 DAYS' NOTICE AND TO HOLD PETITIONER'S MOTION FOR ORDER REQUIRING RESPONDENTS TO PROVIDE 30 DAYS' ADVANCE NOTICE OF ANY INTENDED REMOVAL OF PETITIONER FROM GUANTANAMO IN ABEYANCE**

Petitioners respectfully move this Court for an extension of time to file a reply to respondents' opposition to petitioner's 30-day notice request and to hold in abeyance Petitioner's Motion for Order Requiring Respondents to Provide 30 Days' Advance Notice of Any Intended Removal of Petitioner from Guantanamo. In moving to hold in abeyance Petitioner's Motion for Order Requiring Respondents to Provide 30 Days' Advance Notice of Any Intended Removal of Petitioner from Guantanamo, petitioners join in respondents' previous application. In support of this motion, petitioners rely upon the following Memorandum of Points and Authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

This matter was referred to petitioners' counsel by the Center for Constitutional Rights ("CCR"), with whom we are acting as co-counsel. Following the filing of the petition for habeas corpus, petitioners filed a Motion for Order Requiring Respondents to Provide Counsel for

Petitioner and the Court with 30 Days' Advance Notice of Any Intended Removal of Petitioner, Abd Al Hakim Ghalib Ahmad Alhag, from Guantanamo. Based on reports that have appeared in the press concerning prisoners being rendered to countries that engage in torture, counsel, who have not had an opportunity to speak with their client, believed that advanced notice of transfer would allow them an opportunity to determine where petitioner would be transferred and whether there were circumstances surrounding that transfer that should be brought to the attention of this Court.

On November 25, 2005, respondents filed an opposition to Petitioner's Motion for a Preliminary Injunction Requiring 30 Days' Advance Notice to the Court and Counsel of Transfer or Release from Guantanamo. In its opposition, *inter alia*, respondents maintain the following:

> Preliminarily, there is a potential practical problem with this case: respondents are not aware of any detainee at Guantanamo who goes by the name "Abd Al Hakim Ghalib Ahmad Alhag." This presents a significant problem because if this Court were to enter an order requiring advance notice of a transfer of petitioner, there would be no way of knowing which if any individual in respondents' custody was covered by that order. Respondents' counsel have contacted petitioner's counsel about this uncertainty, and understand that petitioner's counsel are in the process of gathering information in an effort to resolve it.

In response, petitioners' counsel have been in telephone contact with the National Organization for Defending Rights and Freedoms ("HOOD"), a human rights organization in Yemen, which procured the authorizations from petitioner's next friend and brother. We have been told by a HOOD representative that the organization will attempt to obtain further identifying information to further identify Petitioner Abd Al Hakim Ghalib Ahmad Alhag for the benefit of Respondents and the Court.

Petitioners have also conferred with respondents about this issue and have requested that respondents explain the basis of their assertion that they have not yet identified Abd Al Hakim

2

Ghalib Ahmad Alhag as an actual detainee. Additionally, petitioners have asked respondents to provide the names and identifying information of any Guantanamo detainees with similarly spelled or pronounced names who are of the same nationality as petitioner. Respondents reply to our requests was that it is not their practice to provide a listing of the names of individuals detained at Guantanamo.

WHEREFORE, while Petitioners continue this process of further identification, petitioners respectfully request that the Court take no action relating to Petitioner's Motion for Order Requiring Respondents to Provide Counsel for Petitioner and the Court with 30 Days' Advance Notice of Any Intended Removal of Petitioner from Guantanamo and extend petitioner's time to file a reply until 5 days' after the identification issue is resolved.

## CONCLUSION

For the reasons discussed above, the motion should be granted.

Dated: December 2, 2005

Respectfully submitted,

Counsel for Petitioner:

*[signature]*

Frank C. Razzano (DC360173)
Reginald B. McKnight (DC493946)
Johnisha Matthews (DC492478)
David L. Gunn (DC488761)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
2101 L Street N.W.
Washington, D.C. 20037
Tel: (202) 785-9700
Fax: (202) 887-0689

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (NY5556)
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

4

DSMDB.2012570.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was sent via electronic filing this 2nd day of December 2005, to the following persons:

**Kenneth L. Wainstein**
U.S. ATTORNEY
District of Columbia District
Judiciary Center
555 4th Street, NW
Washington, D.C. 20530
**[By Hand Delivery]**

**George W. Bush**
PRESIDENT, UNITED STATES OF AMERICA
The White House
1600 Pennsylvania Avenue, NW
Washington, D.C. 20301-1000

**Army Brig. Gen. J. Hood**
COMMANDER, JOINT TASK FORCE-GTMO
JTF-GTMO
APO AE 09360

**Army Col. Bumgarner**
COMMANDER, JDOG
JTF-GTMO
APO AE 09360

**Terry Henry**
Senior Trial Attorney
Federal Programs Branch
Civil Division—Room 7144
Dept of Justice
20 Mass Avenue, NW
Washington DC 20530
Via electronic mail to: terry.henry@usdoj.gov

**Alberto R. Gonzales**
ATTORNEY GENERAL OF THE UNITED STATES
U.S. Department of Justice
Robert F. Kennedy Building
Tenth Street & Constitution Ave., NW
Room 5111
Washington, D.C. 20530
**[By Hand Delivery]**

**Donald Rumsfeld**
SECRETARY, U.S. DEP'T. OF DEFENSE
1000 Defense Pentagon
Washington, D.C. 20301-1000

**Brig. Gen. Hood**
UNITED STATES ARMY
Army Pentagon
Washington, D.C. 20310-0200

**Army Col. Bumgarner**
UNITED STATES ARMY
Army - Pentagon
Washington, D.C. 20310-0200

**Andrew Wilson**
Trial Attorney
Civil Div
Federal Programs Branch
20 Mass Avenue, NW
Washington, DC 20530
Via electronic mail to: Andrew.warden@usdoj.gov

On this the 2nd day of December, 2005.

_____
Reginald B. McKnight