IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABD AL GHALIB AHMAD ALHAG, *et al.*<br><br>　　　　Petitioners,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>　　　　Respondents. | Civil Action No. 05-2199 (HHK) |

## MOTION FOR LEAVE TO WITHDRAW PETITIONERS' MOTION FOR ORDER REQUIRING RESPONDENTS TO PROVIDE 30 DAYS ADVANCE NOTICE OF ANY INTENDED REMOVAL OF PETITIONER ALHAG FROM GUANTANAMO

Petitioners respectfully move this Court for leave to withdraw, without prejudice, petitioners' motion for order requiring respondents to provide 30 days advance notice of any intended removal of Petitioner Alhag from Guantanamo.

### MEMORANDUM OF POINTS

Following the filing of the petition for habeas corpus in this matter, petitioners filed a Motion for Order Requiring Respondents to Provide Counsel for Petitioners and the Court with 30 Days Advance Notice of Any Intended Removal of Petitioner, Abd Al Hakim Ghalib Ahmad Alhag, from Guantanamo. On November 25, 2005, respondents filed an opposition to petitioners' motion. In its opposition, *inter alia*, respondents maintained the following:

> Preliminarily, there is a potential practical problem with this case:
> respondents are not aware of any detainee at Guantanamo who goes by the

name "Abd Al Hakim Ghalib Ahmad Alhag." This presents a significant problem because if this Court were to enter an order requiring advance notice of a transfer of petitioner, there would be no way of knowing which if any individual in respondents' custody was covered by that order. Respondents' counsel have contacted petitioner's counsel about this uncertainty, and understand that petitioner's counsel are in the process of gathering information in an effort to resolve it.

In response, petitioners' counsel began contacting the National Organization for Defending Rights and Freedoms ("HOOD"), a human rights organization in Yemen, which procured the authorizations from petitioner Alhag's next friend and brother. Petitioners also conferred with respondents about this issue.

On December 2, 2005, petitioners filed a motion requesting that this Court take no action relating to Petitioners' Motion for Order Requiring Respondents to Provide 30 Days Advance Notice and extend petitioners' time to file a reply until 5 days after the identification issue is resolved. On December 6, this Court granted that motion.

Petitioners and respondents have now resolved the identification issue. On February 9, 2006, respondents informed petitioners that, based on the identifying information petitioners found and provided, the Department of Defense identified petitioner Alhag as a detainee at Guantanamo Bay.

At this time, we ask the Court for leave to withdraw our motion for 30 days advance notice.

## CONCLUSION

For the reasons discussed above, the motion should be granted.

DSMDB.2044054.1

Dated:    February 14, 2006            Respectfully submitted,

Counsel for Petitioner:

/s/  David L. Gunn

David L. Gunn (DC488761)
Frank C. Razzano (DC360173)
Reginald B. McKnight (DC493946)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
Tel: (202) 785-9700
Fax: (202) 887-0689

*Of Counsel*
Barbara J. Olashansky (NY0057)
Director Counsel
Tine Monshipour Foster (NY5556)
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

## CERTIFICATION OF REPRESENTATION WITHOUT COMPENSATION

Counsel for Petitioner certify, pursuant to L. Cv. R. 83.2(g), that they are representing Petitioner without compensation.

Dated:     February 14, 2006           /s/ David L. Gunn
                                       David L. Gunn (DC488761)
                                       Frank C. Razzano (DC360173)
                                       Reginald B. McKnight (DC493946)
                                       DICKSTEIN SHAPIRO MORIN
                                         & OSHINSKY LLP
                                       2101 L Street N.W.
                                       Washington, D.C. 20037
                                       Tel: (202) 785-9700
                                       Fax: (202) 887-0689

                                       *Of Counsel*
                                       Barbara J. Olshansky (NY0057)
                                       Director Counsel
                                       Tina Monshipour Foster (NY5556)
                                       Gitanjali S. Gutierrez (NY1234)
                                       CENTER FOR CONSTITUTIONAL RIGHTS
                                       666 Broadway, 7th Floor
                                       New York, New York 10012
                                       Tel: (212) 614-6439
                                       Fax: (212) 614-6499

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was sent via electronic filing this 14th day of February 2006, to the following persons:

**Kenneth L. Wainstein**
U.S. ATTORNEY
Judiciary Center
555 4th Street, NW
Tenth Street & Constitution Ave., NW
Washington, D.C. 20530
**[By Hand Delivery]**

**Alberto R. Gonzales**
ATTORNEY GENERAL
U.S. Department of Justice
Robert F. Kennedy Building NW
Room 5111
Washington, DC 20530
**[By Hand Delivery]**

**George W. Bush**
PRESIDENT, UNITED STATES OF AMERICA
The White House
1600 Pennsylvania Avenue, NW
Washington, D.C. 20301-1000

**Donald Rumsfeld**
SECRETARY, U.S. DEP'T. OF DEFENSE
1000 Defense Pentagon
Washington, D.C. 20301-1000

**Army Brig. Gen. J. Hood**
COMMANDER, JOINT TASK FORCE-GTMO
JTF-GTMO
APO AE 09360

**Brig. Gen. Hood**
UNITED STATES ARMY
Army Pentagon
Washington, D.C. 20310-0200

**Army Col. Bumgarner**
COMMANDER, JDOG
JTF-GTMO
APO AE 09360

**Army Col. Bumgarner**
UNITED STATES ARMY
Army - Pentagon
Washington, D.C. 20310-0200

**Terry Henry**
Senior Trial Attorney
Federal Programs Branch
Civil Division—Room 7144
Dept of Justice
20 Mass Avenue, NW
Washington DC 20530
*Via electronic mail to:*
*terry.henry@usdoj.gov*

**Andrew Wilson**
Trial Attorney
Civil Div
Federal Programs Branch
20 Mass Avenue, NW
Washington, DC 20530
*Via electronic mail to:*
*Andrew.warden@usdoj.gov*

On this the 14th day of February, 2006.

/s/ David L. Gunn

DSMDB.2044054.1