Case 1:05-cv-02199-UNA    Document 8-2    Filed 02/14/2006    Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABD AL HAKIM GHALIB AHMAD ALHAG, *et al.* )<br><br>*Petitioners*, )<br><br>v. )<br><br>GEORGE W. BUSH, *et al.*, )<br><br>*Respondents*. ) | Civil Action No. 05-2199 (HHK) |

## PROPOSED ORDER

The Court, having considered Petitioners' Motion for Leave to Withdraw Petitioners' Motion for Order Requiring Respondents to Provide 30 Days Advance Notice of Any Intended Removal or Transfer of Petitioner Alhag from Guantanamo Bay,

HEREBY ORDERS that the Motion is granted.

Dated: _____

_____
United States District Judge