UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUHAIL ABDU ANAM, et al.,<br><br>    Petitioners,<br><br>  v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action 04-01194 (HHK) |
| MAHMOAD ABDAH, et al.,<br><br>    Petitioners,<br><br>  v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action 04-01254 (HHK) |
| MAHMOOD AL-MOHAMMED, et al.,<br><br>    Petitioners,<br><br>  v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action 05-00247 (HHK) |
| ABU ABDUL AZIZ, et al.,<br><br>    Petitioners,<br><br>  v.<br><br>GEORGE W. BUSH, et al.,<br><br>    Respondents. | Civil Action 05-01864 (HHK) |

| | |
|---|---|
| ZAKIRJAN, et al.,<br><br>　　　　　　Petitioners,<br><br>　　v.<br><br>GEORGE W. BUSH, et al.,<br><br>　　　　　　Respondents. | **Civil Action 05-02053 (HHK)** |
| MOHAMMED AHMED ALI AL-ASADI, et al.,<br><br>　　　　　　Petitioners,<br><br>　　v.<br><br>GEORGE W. BUSH, et al.,<br><br>　　　　　　Respondents. | **Civil Action 05-02197 (HHK)** |
| ABD AL HAKIM GHALIB AHMAD ALHAG, et al.,<br><br>　　　　　　Petitioners,<br><br>　　v.<br><br>GEORGE W. BUSH, et al.,<br><br>　　　　　　Respondents. | **Civil Action 05-02199 (HHK)** |
| GHANIM-ABDULRAHMAN AL-HARBI, et al.,<br><br>　　　　　　Petitioners,<br><br>　　v.<br><br>GEORGE W. BUSH, et al.<br><br>　　　　　　Respondents. | **Civil Action 05-02479 (HHK)** |

## ORDER

On December 30, 2005, President Bush signed into law the Detainee Treatment Act of 2005, Pub. L. No. 109-148, tit. X, 119 Stat. 2680 ("the Act").  Section 1005(e) of the Act, entitled Judicial Review of Enemy Combatants, raises serious questions concerning whether this court retains jurisdiction to hear the above-captioned cases.  The question of whether this Court retains jurisdiction to entertain these matters is currently pending resolution by both the Supreme Court and Court of Appeals for the District of Columbia Circuit.[1]  Accordingly, it is the 16th day of March, 2006, hereby

**ORDERED** that all pending motions in the above-captioned cases are **HELD IN ABEYANCE** until such time as either the Supreme Court or the D.C. Circuit resolves the question of this court's jurisdiction to adjudicate these cases; and it is further

**ORDERED** that all action in the above-referenced cases is **STAYED** pending the jurisdictional ruling of either the Supreme Court or the D.C. Circuit.

Henry H. Kennedy, Jr.
United States District Judge

---

[1] The D.C. Circuit is scheduled to hear oral argument in two cases that address the jurisdiction of this court to hear the above-captioned cases on March 22, 2006. *Boumediene, et al., v. Bush, et al.* (05-5062); *Khalid v. Bush, et al*. (05-5063).  The Supreme Court is scheduled to hear oral argument in *Hamdan v. Rumsfeld, et al.* (05-184), another case raising this question, on March 28, 2006.