IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABD AL GHALIB AHMAD ALHAG, *et al.*,<br>    *Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br>    *Respondents/Defendants*. | Civil Action No. 05-2199 (HHK) |

## MOTION TO VACATE STAY AND ENTER PROTECTIVE ORDER

Petitioner, together with his Next Friend moves to vacate the Stay issued March 16, 2006, and further requests the Court to exercise its jurisdiction and enter the Protective Order that is necessary for counsel to visit Petitioner. The grounds for this motion are as follows:

On February 28, 2006, Petitioner moved for entry in this matter of the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first entered on November 10, 2004 in the *In re Guantánamo Bay Detainee Cases* by then Coordinating Judge Joyce Hens Green, and subsequently entered in related *habeas* proceedings in this District. On March 16, 2006, this Court stayed the present case under the Detainee Treatment Act, stating that "the question of whether this court retains jurisdiction to entertain these matters is currently pending resolution by both the Supreme Court and Court of Appeals for the D.C. Circuit." Petitioner and his Next Friend respectfully submit, as held by several judges of this District, that the Court has jurisdiction to entertain this and similar petitions.

In this instance, to deny jurisdiction is to deny the Petitioner's access to counsel, which requires the entry of the Protective Order. "The Protective Order provides mechanisms by which

2066926.01


detainees may access the counsel to which they are entitled." Adem v. Bush, 2006 WL 751309 (D.D.C., March 21, 2006).

This Court has jurisdiction to enter here the Protective Order that it previously fashioned and is presently enforcing in other, closely related matters.[1] "It would be untenable for the District Court to be put in a position where it is powerless to enforce its own protective order, presently in effect and over which it has continuing control." Id., citing Poliquin v. Gardin Way, Inc., 989 F.2d 527,535 (1st Cir. 1993) ("[A] protective order, like any ongoing injunction, is always subject to the inherent power of the district court."). There is no reason for the Court to decline jurisdiction and entry of the Protective Order here, when it has exercised jurisdiction in numerous indistinguishable matters.

Finally, counsel is working *pro bono* and will cover the expenses of visiting Petitioner at Guantánamo Bay. Prompt entry of the Protective Order may allow counsel to schedule one trip to visit both Petitioner and other clients for whom the Protective Order was previously entered.

For all of the foregoing reasons, Petitioner respectfully requests that this motion be granted, that the Stay be lifted, and that the Protective Order be entered.

---

[1] Al Salami v. Bush, 05-cv-2452 (D.D.C., April 13, 2006) (Freidman); Zadran v Bush, 05-cv-2367 (D.D.C., Apr. 12, 2006) (Roberts); Alsaaei v. Bush, 05-cv-2369 (D.D.C., Apr. 12, 2006) (Roberts); Said v. Bush, 05-cv-2384 (D.D.C., Apr. 12, 2006) (Roberts); Al Shareef v. Bush, 05-2458 (D.D.C., Apr. 12, 2006) (Roberts); Awad v. Bush, 05-cv-2379, (D.D.C. Apr. 11, 2006) (Robertson); Thabid v. Bush, 05-cv-2398 (D.D.C., Mar. 21, 2006) (Huvelle); Razakah v. Bush, 05-2370 (D.D.C., Mar. 17, 2006) (Sullivan); Labed Ahmed v. Bush, (D.D.C., Mar. 2, 2006) (Sullivan); Wahab v. Bush, 05-886 (D.D.C., Jan. 10. 2006) (Sullivan); Mohammad v. Bush, 05-cv-879 (D.D.C., Jan. 9, 2006) (Walton); Bostan v. Bush, 05-cv-883 (D.D.C., Jan. 9, 2006) (Robertson); Khiali-Gul v. Bush, 05-cv-877 (D.D.C., Jan. 6, 2006) (Robertson)

Dated:    June 5, 2006                Respectfully submitted,

Counsel for Petitioner:

/s/  David L. Engelhardt
_____

Frank C. Razzano (DC360173)
David L. Engelhardt (DC429886)
David L. Gunn (DC488761)
Charmaine Cheung (DC489141)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY LLP
2101 L Street, NW
Washington, DC 20037
Tel: (202) 785-9700
Fax: (202) 887-0689

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tine Monshipour Foster (NY5556)
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

2066926.01

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument and all attachments have been served on Respondents' by ECF and a copy of all instruments have been emailed to the following persons:

**Terry M. Henry, Esq.**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
and

**Andrew I. Warden**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

On this the 7 th day of June, 2006

/s/ David L. Gunn
David L. Gunn

2066926.01