IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ABD AL GHALIB AHMAD ALHAG, *et al.*,
    *Petitioners/Plaintiffs*,

v.

GEORGE W. BUSH, *et al.*,
    *Respondents/Defendants*.

Civil Action No. 05-2199 (HHK)

**PROPOSED ORDER**

The Court, having considered Petitioners' Motion for Vacate Stay and Enter Protective Order,

IT IS HEREBY ORDERED that the Motion is granted, and that the Stay is lifted and that the Protective Order is entered..

Dated: _____

_____
United States District Judge

2093715.01