IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ABD AL GHALIB AHMAD ALHAG, *et al.*,        )
    *Petitioners/Plaintiffs,*        )
    )
*v.*        )        Civil Action No. 05-2199 (HHK)
    )
    )
GEORGE W. BUSH, *et al.*,        )
    *Respondents/Defendants.*        )

---

**PROPOSED ORDER VACATING STAY AND ENTERING PROTECTIVE ORDER**

The Court, having considered Petitioners' Motion for Vacate Stay and Enter Protective

Order,

IT IS HEREBY ORDERED that the Motion is granted, and that the Stay is lifted and that

the Protective Order is entered.


Dated: _____


_____
United States District Judge

Dated:        August 10, 2006                Respectfully submitted,

                                            Counsel for Petitioner:

                                            /s/  David L. Gunn

                                            Frank C. Razzano (DC360173)
                                            David L. Engelhardt (DC429886)
                                            David L. Gunn (DC488761)
                                            Charmaine Cheung (DC489141)
                                            DICKSTEIN SHAPIRO MORIN
                                              & OSHINSKY LLP
                                            2101 L Street, NW
                                            Washington, DC 20037
                                            Tel: (202) 785-9700
                                            Fax: (202) 887-0689

                                            *Of Counsel*
                                            Barbara J. Olshansky (NY0057)
                                            Director Counsel
                                            Tine Monshipour Foster (NY5556)
                                            Gitanjali S. Gutierrez (NY1234)
                                            CENTER FOR CONSTITUTIONAL RIGHTS
                                            666 Broadway, 7th Floor
                                            New York, New York 10012
                                            Tel: (212) 614-6439
                                            Fax: (212) 614-6499


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument and all attachments have been served on Respondents' by ECF and a copy of all instruments have been emailed to the following persons:

**Terry M. Henry, Esq.**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530
and

**Andrew I. Warden**
U.S. Department of Justice

Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

On this the 10th day of August, 2006

/s/ David L. Gunn
David L. Gunn