UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ABD AL HAKIM GHALIB AHMAD ALHAG,**<br><br>Petitioner,<br><br>v.<br><br>**GEORGE W. BUSH, et al.,**<br><br>Respondents. | Civil Action 05-02199 (HHK) |

**ORDER FOR ENTRY OF PROTECTIVE ORDERS**

Upon consideration of petitioners' motion for entry of protective orders (#9), the opposition thereto, and the record of this case, it is this 14th day of August, 2006, hereby,

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the amended protective order and procedures for counsel access to detainees at the United States Naval Base in Guantanamo Bay, Cuba, first issued on November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004), the order supplementing and amended filing procedures contained in November 8, 2004, amended protective order, first issued on December 13, 2004, and the order addressing designation procedures for "protected information," first issued on November 10, 2004, in the *In re Guantanamo Bay Detainee Cases* shall be entered in this case.

Henry H. Kennedy, Jr.
United States District Judge