IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
                                        )
ABD AL GHALIB AHMAD                     )
ALHAG,                                  )
      Petitioner/Plaintiff,             )
                                        )
v.                                      )     Civil Action No. 05-CV-2199 (HHK)
                                        )
                                        )
GEORGE W. BUSH, et al.,                 )
      Respondents/Defendants.           )
                                        )
                                        )
```

PLEASE TAKE NOTICE that the attorneys listed below will represent Petitioner

Alhag in this matter.  Service upon counsel may be made to:

   Frank C. Razzano, David L. Engelhardt, John C. Snodgrass, David L. Gunn
   DICKSTEIN SHAPIRO LLP
   1825 Eye Street NW
   Washington, DC 20006
   Telephone: (202) 420-2200
   Fax: (202) 420-2201.

Counsel for Petitioner certifies, pursuant to L. Cv. R. 83.2(g), that counsel is

representing Petitioner without compensation.

Dated: April 26, 2006                  Respectfully submitted,

                                        /s/  John C. Snodgrass
                                       Frank C. Razzano (DC360173)
                                       David L. Engelhardt (DC429886)
                                       John C. Snodgrass (DC473864)
                                       David L. Gunn (DC488761)
                                       DICKSTEIN SHAPIRO LLP
                                       1825 Eye Street NW
                                       Washington, DC 20006
                                       Telephone: (202) 420-2200
                                       Fax: (202) 420-2201

                                       Counsel for Petitioner Alhag

CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of the foregoing instrument has been served on Respondents' by electronic filing and a copy has been emailed to the following persons:

Terry M. Henry
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

Andrew I. Warden
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

on this 15th day of August, 2006.

                              /s/ John C. Snodgrass
                              John C. Snodgrass

2128987.01