IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABD AL GHALIB AHMAD ALHAG, *et al.*,<br>*Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>*Respondents/Defendants*. | )<br>)<br>)<br>)<br>) Civil Action No. 05-2199 (HHK)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING MEMORANDUM OF UNDERSTANDING REGARDING ACCESS TO CLASSIFIED NATIONAL SECURITY INFORMATION

Pursuant to paragraph 18 of the Amended Protected Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba first issued on November 8, 2004 in the <u>In re Guantánamo Bay Cases</u>, Civil No. 02-0299, et al., by Judge Joyce Hens Green and entered in the above captioned case by the Court on August 14, 2006, counsel for petitioners hereby file an executed copy of the attached "Memorandum of Understanding Regarding Access to Classified National Security Information."

Dated: September 6, 2006

Respectfully submitted,

/s/ David L. Gunn
Frank C. Razzano (DC360173)
David L. Engelhardt (DC429886)
David L. Gunn (DC488761)
John C. Snodgrass (DC473864)
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Fax: (202) 420-2201

*Of Counsel*
Barbara J. Olshansky (NY0057)

2138998.01

Director Counsel
Tina Monshipour Foster (NY5556)
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

Counsel for Petitioner Alhag

2

2138998.01

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument and all attachments have been served on Respondents' by ECF and a copy of all instruments have been emailed to the following persons:

**Terry M. Henry, Esq.**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

and

**Andrew I. Warden**
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

On this the 6th day of September, 2006

/s/ David L. Gunn
David L. Gunn

2138998.01