IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABD AL GHALIB AHMAD ALHAG,<br>    *Petitioner/Plaintiff*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>    *Respondents/Defendants*. | Civil Action No. 05-cv-2199 (HHK) |

**NOTICE OF FILING WITH COURT SECURITY OFFICER**

Pursuant to paragraph 46 of the Amended Protected Order and Judge Joyce Hens Green's December 13, 2004 Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, entered in the above case, counsel for Petitioner Alhag hereby notify the Court that a filing in this case has been delivered to the Court Security Officer. The attached submission briefly describes in general terms the nature of Petitioner's filing.

Dated:     November 3, 2006           Respectfully submitted,

/s/ John C. Snodgrass
Frank C. Razzano (DC360173)
David L. Engelhardt (DC429886)
John C. Snodgrass (DC473864)
Johnisha Matthews (DC492478)
Reginald B. McKnight (DC493946)
Lisa M. Kaas (DC492302)
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Fax: (202) 420-2201

*Of Counsel*
Barbara J. Olshansky (NY0057)

2168126.01

        Director Counsel
        Tina Monshipour Foster (NY5556)
        Gitanjali S. Gutierrez (NY1234)
        CENTER FOR CONSTITUTIONAL RIGHTS
        666 Broadway, 7th Floor
        New York, New York 10012
        Tel: (212) 614-6439

2168126.01

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument and all attachments have been served by ECF on counsel for Respondents:

Terry M. Henry, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

Andrew I. Warden
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

On this 3rd day of November, 2006

/s/ John C. Snodgrass
John C. Snodgrass

2168126.01