*APPROVED BY COURT SECURITY*
*OFFICER FOR PUBLIC FILING*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABD AL HAKIM GHALIB AHMAD ALHAG, *et. al.*, | )<br>)<br>) |
|     *Petitioners*, | )    Civil Action No. 05-cv-2199 (HHK) |
| *v.* | )<br>)<br>) |
| GEORGE W. BUSH, *et al.*,<br>    *Respondents*. | )<br>)<br>) |

**CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE REPLY TO RESPONDENTS' OPPOSITION TO PETITIONER'S MOTION FOR FACUTAL RETURNS**

    Petitioner respectfully moves this Court for a one-week extension of time to file a Reply to Respondents' Opposition to Petitioner's Motion for Factual Returns ("Opposition"), through and including December 7, 2006. The Opposition raises significant issues regarding the jurisdictional and constitutional implications of the recently enacted Military Commissions Act, and, especially in light of the upcoming holiday, this short extension of time is necessary to fully and properly address these issues. Respondents have consented to this one-week extension.

Dated: November 22, 2006          Respectfully submitted,

                                         /s/ David L. Engelhardt
                                         Frank C. Razzano (DC360173)
                                         David L. Engelhardt (DC429886)
                                         Johnisha Matthews (DC492478)
                                         Reginald B. McKnight (DC493946)
                                         Lisa M. Kaas (DC492302)
                                         John C. Snodgrass (DC473864)
                                         DICKSTEIN SHAPIRO LLP
                                         1825 Eye Street NW
                                         Washington, DC 20006
                                         Telephone: (202) 420-2200

Fax:  (202) 420-2201

*Of Counsel*
Barbara J. Olshansky (NY0057)
Director Counsel
Tina Monshipour Foster (NY5556)
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

Case 1:05-cv-02199-UNA    Document 34    Filed 11/22/2006    Page 2 of 4

DSMDB-2175852v02

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument has been served on the following counsel for Respondents:

    Terry M. Henry
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., NW, Room 6120
    Washington, DC 20530

    and

    Andrew I. Warden
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Ave., NW, Room 6120
    Washington, DC 20530

On this the 22nd day of November, 2006.

                                                       /s/ John C. Snodgrass
                                                       John C. Snodgrass

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABD AL HAKIM GHALIB AHMAD ALHAG, *et. al.*, <br><br> *Petitioner*, <br><br> *v.* <br><br> GEORGE W. BUSH, *et al.*, <br> *Respondents*. | Civil Action No. 05-cv-2199 (HHK) |

## **ORDER**

Upon consideration of the Consent Motion to Extend Time to File a Reply to Respondents' Opposition to Petitioner's Motion for Factual Returns, it is ORDERED that the motion is GRANTED.  Petitioner's reply is due December 7, 2006.

This ___ day of November, 2006.

_____
Henry H. Kennedy
United States District Judge