# CERTIFICATE OF FILING WITH COURT SECURITY OFFICER

I hereby certify that Petitioner's Emergency Motion for Order on Petitioner's Motion for Factual Returns was filed today with the Court Security Officer. This emergency motion seeks immediate production of unclassified and classified factual returns, including CSRT and ARB transcripts and exhibits thereto.

The filing was sent to the Court Security Officer by hand delivery today at 3:40 PM.

Dated: January 12, 2007                    /s/ John C. Snodgrass
                                                                              John C. Snodgrass