IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABD AL GHALIB AHMAD ALHAG, *et al.*,<br>　　*Petitioners/Plaintiffs*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.,*<br>　　*Respondents/Defendants*. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-2199 (HHK)<br>)<br>)<br>)<br>) |

[PROPOSED] ORDER

This matter is before the Court on Petitioner's Emergency Motion for Order on Petitioner's Motion for Factual Returns. Upon consideration of the arguments of the parties, it is hereby

ORDERED that Respondents shall produce, by January 29, 2007, complete, un-redacted factual returns to Petitioner's counsel, including classified and unclassified evidence, un-redacted hearing transcripts of the Combatant Status Review Tribunal ("CSRT") and Administrative Review Board ("ARB") proceedings, including any classified portions, pertaining to Petitioner's initial and continued classification as an enemy combatant and Respondents' allegation that Petitioner represents a threat to the United States and its allies; any exhibits attached to the transcripts; and all evidence in the possession, custody or control of Respondents tending to show that Petitioner is *not* an enemy combatant or does not present a threat to the United States or its allies.

DSMDB-2198969v01

      It is FURTHER ORDERED that Respondents shall promptly supplement their production of factual returns should any of the information above be supplemented or otherwise change.

Date: _____

                                                                  _____
                                                                  Honorable Judge Henry H. Kennedy
                                                                  United States District Judge

DSMDB-2198969v01