# EXHIBIT C

**From:** Snodgrass, John
**Sent:** Friday, December 22, 2006 10:18 AM
**To:** 'Andrew.Warden@usdoj.gov'
**Subject:** FW: COUNSEL SUBMISSION FOR ARB 3
**Importance:** High

Andrew:

Can you please advise when ARBs are scheduled to be held for our two clients, Mr. Al Barkati (ISN 322) and Mr. Alhag (ISN 686)?

Thanks, and happy holidays.

John

**John C. Snodgrass**
Dickstein Shapiro LLP
1825 Eye Street NW, Washington, DC 20006-5403
Voice +1 (202) 420-2233; Fax +1 (202) 420-2201
snodgrassj@dicksteinshapiro.com