Case 1:05-cv-02199-UNA    Document 37-6    Filed 01/16/2007    Page 1 of 3

# EXHIBIT D

**From:** Warden, Andrew (CIV) [mailto:Andrew.Warden@usdoj.gov]
**Sent:** Thursday, December 28, 2006 10:20 AM
**To:** Snodgrass, John
**Subject:** RE: COUNSEL SUBMISSION FOR ARB 3

John,

Per the e-mail below, I do not believe OARDEC is providing specific ARB dates.

Andrew

---

**From:** Snodgrass, John [mailto:SnodgrassJ@dicksteinshapiro.com]
**Sent:** Friday, December 22, 2006 10:18 AM
**To:** Warden, Andrew (CIV)
**Subject:** FW: COUNSEL SUBMISSION FOR ARB 3
**Importance:** High

Andrew:

Can you please advise when ARBs are scheduled to be held for our two clients, Mr. Al Barkati (ISN 322) and Mr. Alhag (ISN 686)?

Thanks, and happy holidays.

John

**John C. Snodgrass**
Dickstein Shapiro LLP
1825 Eye Street NW, Washington, DC 20006-5403
Voice +1 (202) 420-2233; Fax +1 (202) 420-2201
snodgrassj@dicksteinshapiro.com

---

**From:** Cooper, David N LtCol OARDEC, CYTW [mailto:david.n.cooper@navy.mil]
**Sent:** Friday, December 22, 2006 10:11 AM
**To:** [REDACTED]
**Cc:** Cooper, David N LtCol OARDEC, CYTW
**Subject:** COUNSEL SUBMISSION FOR ARB 3
**Importance:** High

Ladies and Gentlemen,

The Office for the Administrative Review of the Detention of Enemy Combatants (OARDEC) informs you at this time of your opportunity to provide input regarding your client for review and consideration by the 2007 Administrative Review Boards (ARBs).

If you submitted matters to the ARB process last year on behalf of your client, those matters are already part of your client's records and will be considered by the 2007 ARB. There is no need for you to resubmit the same or similar documents.

If you have new information that will aid the ARBs in assessing the threat your client may continue to pose to the United States or its allies, you can submit that information through the process described in the attached fact sheet.

Please note, The Privilege Review Team must receive your submission no later than **Friday, February 23, 2007.** OARDEC cannot guarantee that materials received after that date will be included in the ARB hearings.

Please note also that the OARDEC Legal Advisor will acknowledge receipt of your submission, but will not be able to answer any substantive or procedural questions about your client's ARB of prior years or this year.

Sincerely,

DAVID N. COOPER, Lt Col, USAFR
Staff Judge Advocate
Legal Advisor
DoD, HQ OARDEC
Washington, DC


<<ARB3factsheet.doc>>

---

This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
http://www.DicksteinShapiro.com