IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ABD AL HAKIM GHALIB AHMAD ALHAG, et al., <br><br> Petitioners, <br><br> v. <br><br> GEORGE W. BUSH, et al., <br><br> Respondents. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-CV-2199 (HHK) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER DENYING EMERGENCY MOTION FOR ORDER ON PETITIONER'S MOTION FOR FACTUAL RETURNS**

It is hereby ordered that petitioner's Emergency Motion for Order on Petitioner's Motion for Factual Returns is DENIED.

IT IS SO ORDERED.

Dated:

———————————————
HENRY H. KENNEDY, JR.
UNITED STATES DISTRICT JUDGE