## CERTIFICATE OF FILING WITH COURT SECURITY OFFICER

I hereby certify that Petitioner's Reply in Support of Emergency Motion for Order on Motion for Factual Returns was filed today with the Court Security Officer. This reply is filed in support of Petitioner's emergency motion, which seeks immediate production of unclassified and classified factual returns, including CSRT and ARB transcripts and exhibits thereto.

The filing was sent to the Court Security Officer by hand delivery today at 9:55 AM.


Dated: January 25, 2007                               /s/ John C. Snodgrass
                                                      John C. Snodgrass