Case 1:05-cv-02199-UNA    Document 40-2    Filed 01/25/2007    Page 1 of 3

# EXHIBIT A

**Patel, Shamir**
___

**From:** Gunn, David
**Sent:** Wednesday, September 13, 2006 1:26 PM
**To:** Patel, Shamir
**Subject:** FW:


-----Original Message-----
From: Preeya.Noronha@usdoj.gov [mailto:Preeya.Noronha@usdoj.gov]
Sent: Thursday, February 09, 2006 4:33 PM
Subject: RE:

David:

Based on this information, DoD has identified petitioner Alhag as a detainee at Guantanamo Bay.

Regards,
Preeya Noronha

-----Original Message-----
From: GunnD@dsmo.com [mailto:GunnD@dsmo.com]
Sent: Monday, February 06, 2006 3:35 PM
To: Noronha, Preeya (CIV)
Subject: FW:

> Please find attached a pdf copy of correspondence from our client Abd
> Al Hakim Ghalib Ahmad Alhag.  You will also find his picture in the
> materials.  These papers should satisfy your demand that we better
> identify Alhag for you.  Please contact me as soon as possible
> regarding your attempt to confirm Alhag as a detainee at Guantanamo
> Bay in light of these materials.
>
> Sincerely,
>
> David Gunn, Esq.
> Dickstein Shapiro Morin & Oshinsky LLP
> (202) 572-2709
>
>
>    <<alha.pdf>>
>
> -----Original Message-----
> From: Preeya.Noronha@usdoj.gov [mailto:Preeya.Noronha@usdoj.gov]
> Sent: Thursday, November 17, 2005 6:25 PM
> Subject: Al-Mothafri v. Bush; Alhag v. Bush
>
>
> Dear Counsel:
>
> Please be advised that respondents have been unable to confirm the
> identities of petitioners in Al-Mothafri v. Bush and Alhag v. Bush as
> detainees at Guantanamo Bay.  Accordingly, please provide us any mail
> from these petitioners (e.g., ICRC or military mail) indicating that
> they are presently detained at Guantanamo or that would indicate an
> ISN or "GUAN" number on the correspondence.  Alternatively, we suggest
> that the next friends to these petitioners provide you with physical
> descriptions, birthdates, any unique identifying information about
> petitioners, or the basis for their belief that these petitioners are
> presently detained at Guantanamo.  Please note that it is possible

1

```
> that Mr. Al-Mothafri may already have a petition filed on his behalf
> in Al-Mudafari v. Bush, No. 05-CV-2185 (JR).  I am attaching the
> petition in that case and copying his counsel, Jennifer Argabright, on
> this e-mail.  Thank you.
>
> Sincerely,
> Preeya Noronha
>
> Preeya M. Noronha
> Trial Attorney
> United States Department of Justice
> Civil Division, Federal Programs Branch 20 Massachusetts Avenue, N.W.,
> Rm. 7226 Washington, D.C. 20530
> Tel: (202) 514-3338
> Fax: (202) 616-8202
> E-mail: preeya.noronha@usdoj.gov
>
>
>
>
>
>
>
>
```

------------------------------------------------------------
This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created, received, or sent on its network.  If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dsmo.com

Dickstein Shapiro Morin & Oshinsky LLP
http://www.DicksteinShapiro.com
==============================================================================

2