UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABD AL HAKIM GHALIB AHMAD ALHAG,<br><br>            Petitioner,<br><br>      v.<br><br>GEORGE W. BUSH, et al.,<br><br>            Respondents. | Civil Action 05-02199 (HHK) |

## ORDER

Before the court is the petitioners' motion to order respondents to produce unredacted factual returns [#32], filed November 8, 2006. Based upon the motion, the opposition thereto, and the record in this case, it is this 31st day of January 2007, hereby

**ORDERED** that petitioners' motion for production of unredacted factual returns [#32] is **DENIED**.

Henry H. Kennedy, Jr.<br>
United States District Judge