*APPROVED BY CSO*
*FOR PUBLIC FILING*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | ) | |
| ABDAL GHALIB AHMAD ALHAG | ) | |
| | ) | |
| | ) | |
| | ) | Civil Action No. 05-cv-2199 (HHK) |
| *Petitioners*, | ) | |
| | ) | |
| *v.* | ) | |
| | ) | |
| GEORGE W. BUSH, et al., | ) | |
| *Respondents*. | ) | |
| | ) | |

**NOTICE OF FILING MEMORANDUM OF UNDERSTANDING REGARDING ACCESS
TO CLASSIFIED NATIONAL SECURITY INFORMATION**

Pursuant to paragraph 18 of the Amended Protected Order and Procedures for Counsel

Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba first issued on

November 8, 2004 in the In re Guantánamo Bay Cases, Civil No. 02-0299, et al., by Judge Joyce

Hens Green and entered in the above captioned case by the Court on March 13, 2006, counsel for

petitioners hereby file an executed copy of the attached "Memorandum of Understanding

Regarding Access to Classified National Security Information."

Dated:      February 9, 2007              Respectfully submitted,


                                          /s/  John C. Snodgrass
                                          David L. Engelhardt (DC429886)
                                          John C. Snodgrass (DC473864)
                                          Johnisha Matthews (DC492478)
                                          Reginald B. McKnight (DC493946)
                                          Lisa M. Kaas (DC492302)
                                          Dickstein Shapiro LLP
                                          1825 Eye Street NW
                                          Washington, DC  20006
                                          Telephone:  (202) 420-2200
                                          Fax:  (202) 420-2201

2213013.01

2

*Of Counsel*
Gitanjali S. Gutierrez (NY1234)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439

2213013.01

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument and all attachments have been served on Respondents by ECF and a copy of all instruments have been emailed to the following persons:

Terry M. Henry, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

Andrew I. Warden
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW, Room 6120
Washington, DC 20530

On this 9th day of February 2007.

/s/ John C. Snodgrass
John C. Snodgrass

2213013.01