IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| ABD AL GHALIB AHMAD ALHAG, )<br> *Petitioner/Plaintiff*, ) | |
| )<br>*v.* ) | Civil Action No. 05-cv-2199 (HHK) |
| )<br>)<br>GEORGE W. BUSH, *et al.*, )<br> *Respondents/Defendants*. ) | |

_____

**NOTICE OF FILING WITH COURT SECURITY OFFICER**

PLEASE TAKE NOTICE that Petitioner has submitted to the Court Security Officer for

service and filing in this action Petitioner's Opposition to Respondents' Motion to Dismiss,

Motion for Stay-and-Abey Order, and Notice of Intent to File a Petition Under the Detainee

Treatment Act. The filing was sent by hand delivery today at 3:05 PM.

Date: 3 May 2007                    Respectfully submitted,


                                   /s/ John C. Snodgrass_____
                                   Frank C. Razzano (DC360173)
                                   David L. Engelhardt (DC429886)
                                   John C. Snodgrass (DC473864)
                                   Dickstein Shapiro LLP
                                   1825 Eye Street NW
                                   Washington, DC  20006
                                   Telephone:  (202) 420-2200
                                   Fax:  (202) 420-2201

                                   *Counsel for Petitioner*