IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| ABD AL GHALIB AHMAD ALHAG,<br>    *Petitioner/Plaintiff*,<br><br>v.<br><br>GEORGE W. BUSH, *et al.*,<br>    *Respondents/Defendants*. | Civil Action No. 05-cv-2199 (HHK) |

**[PROPOSED] ORDER**

The Court having considered Petitioner's Motion for Stay-and-Abey Order,

IT IS HEREBY ORDERED that Petitioner's Motion is granted; it is further

ORDERED that this action shall be stayed and held in abeyance pending Petitioner's exhaustion of those remedies, and the filing in the Supreme Court of a petition to review the Court of Appeals' jurisdictional holding in *Boumediene v. Bush,* 476 F.3d 981 (D.C. Cir. 2007) ("*Boumediene I"*) or the Supreme Court's resolution on the merits of the same jurisdictional issue as presented in a pending original habeas petition in *In re Ali,* No. 06-1194.

Dated: _____                    _____
                                        Henry H. Kennedy, Jr.
                                        United States District Judge

2254422.01