*PREVIOUSLY FILED WITH CSO AND*
*CLEARED FOR PUBLIC FILING*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ABD AL GHALIB AHMAD ALHAG, *Petitioner/Plaintiff*, | ) ) ) ) ) | |
| v. | ) | Civil Action No. 05-cv-2199 (HHK) |
| GEORGE W. BUSH, *et al.*, *Respondents/Defendants*. | ) ) ) ) ) | |

## NOTICE OF ACTIVITY IN GUANTÁNAMO CASES

Petitioner respectfully submits this notice of activity in this and other Guantánamo cases. This recent activity underscores the appropriateness of granting Petitioner's stay-and-abey motion and denying Respondents' pending motion to dismiss. On June 29, 2007, the Supreme Court granted the petitions for certiorari in *Boumediene v. Bush*, 476 F.3d 981 (D.C. Cir. 2007) (consolidated with *Al Odah v. United States*). Presumably because it granted certiorari in *Boumediene*, the Supreme Court has also withheld action on the original habeas petition in *In re Ali*, S. Ct. No. 06-1194, which also challenges the Court of Appeals' decision in *Boumediene*. The possibility that the Supreme Court will reverse the Court of Appeals' decision and permit Petitioner to pursue his habeas action militates in favor of staying this action at least until the Supreme Court issues its decision in *Boumediene*.

Dated: July 5, 2007          Respectfully submitted,

/s/ John C. Snodgrass
Frank C. Razzano (D.C. 3601730
David L. Engelhardt (D.C. 429886)
John C. Snodgrass (D.C. 473864)
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington DC 20006

DSMDB-2283705v01

Phone: (202) 420-2200
Fax: (202) 420-2201
*Counsel for Petitioner*

## CERTIFICATE OF SERVICE

I hereby certify that on 5 July 2007 I filed and served the foregoing instrument by causing an original (bearing ECF signature only) and two copies to be delivered to the Privilege Review Team, with one such copy to be forwarded to the following counsel for Respondents:

Peter D. Keisler
Douglas N. Letter
Civil Division, Room 7268
United States Department of Justice
950 Pennsylvania Avenue N.W.
Washington, DC 20530-0001

/s/ John C. Snodgrass
John C. Snodgrass

DSMDB-2283705v01