*CLEARED FOR PUBLIC FILING*
*BY COURT SECURITY OFFICER*
*ON June 27, 2008*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABD AL HAKIM GHALIB AHMAD ALHAG,<br>　　*Petitioner/Plaintiff,*<br>v.<br>GEORGE W. BUSH, *et al.,*<br>　　*Respondents/Defendants.* | Civil Action No. 05-cv-2199 (HHK) |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Pursuant to Local Civil Rule 83.6, undersigned counsel moves for an order permitting the withdrawal of David L. Gunn, Reginald B. McKnight, and Frank C. Razzano as counsel of record for Petitioner Alhag. Although Petitioner remains represented by Dickstein Shapiro LLP, Mr. Gunn is no longer assigned to the matter and Mr. McKnight and Mr. Razzano are no longer members of the firm. Since Petitioner is imprisoned at Guantanamo Bay, it is not practicable to obtain petitioner's written consent, necessitating this motion under LCvR 83.6(c). If this motion is granted, Petitioner will continue to be represented by Dickstein Shapiro attorneys David L. Engelhardt and John Charles Snodgrass, who should be designated as lead attorneys in this case.

Dated: June 26, 2008　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/Frank C. Razzano/
　　　　　　　　　　　　　　　　　　　　　/David L. Gunn/
　　　　　　　　　　　　　　　　　　　　　/Reginald B. McKnight/
　　　　　　　　　　　　　　　　　　　　　/David L. Engelhardt/
　　　　　　　　　　　　　　　　　　　　　/John C. Snodgrass/
　　　　　　　　　　　　　　　　　　　　　DICKSTEIN SHAPIRO LLP
　　　　　　　　　　　　　　　　　　　　　1825 Eye Street, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　　Phone: (202) 420-2200
　　　　　　　　　　　　　　　　　　　　　Fax: (202) 420-2201

　　　　　　　　　　　　　　　　　　　　　*Counsel for Petitioner*

2

CERTIFICATE OF SERVICE

      I certify that on June 26, 2008, I filed the foregoing with the Court Security Officer, with the understanding that the Court Security Officer would serve counsel for Respondents:

Terry Marcus Henry
U.S. Department of Justice
Civil Division
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 2144
Washington, DC 20044-0833
(202) 514-4107
Email: terry.henry@usdoj.gov

Judry Laeb Subar
U.S. Department of Justice
Civil Division
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 2144
Washington, DC 20044-0833
(202) 514-3969
Email: judry.subar@usdoj.gov

                                                        /John C. Snodgrass/