UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:        |      Misc. No. 08-442 (TFH)

GUANTÁNAMO BAY     |
DETAINEE LITIGATION   |      Civil Action No. 05-CV-2199 (HHK)

NOTICE OF JOINDER

Petitioner Alhag (ISN #686) in the above-captioned case joins in Petitioners'

Response To Respondents' Motion For Relief From Scheduling Order, filed on September 8,

2008 with the Court Security Officer.  The Notice of Filing of Petitioners' Response was filed

yesterday as Misc. Dkt. No. 357.

Dated: September 9, 2008                Respectfully submitted,


 /John C. Snodgrass/
David L. Engelhardt (DC429886)
John C. Snodgrass (DC473864)
Lisa M. Kaas (DC492302)
Johnisha Matthews (DC492478)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006-5403
Tel. 202-420-2200
Fax 202-420-2201

*Counsel for Petitioner Abdulhakim Alhag*

DSMDB-2495648v01

2

CERTIFICATE OF SERVICE

I certify that, on September 9, 2008, I filed the foregoing via ECF, with the understanding that the ECF system would automatically serve counsel for Respondents:

Terry Marcus Henry
U.S. Department of Justice
Civil Division
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 2144
Washington, DC 20044-0833
(202) 514-4107
Email: terry.henry@usdoj.gov

Judry Laeb Subar
U.S. Department of Justice
Civil Division
P.O. Box 883
20 Massachusetts Avenue, NW
Suite 2144
Washington, DC 20044-0833
(202) 514-3969
Email: judry.subar@usdoj.gov.

/John C. Snodgrass/

DSMDB-2495648v01