UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABD AL HAKIM GHALIB AHMAD ALHAG<br>*Petitioner/Plaintiff,*<br><br>v.<br><br>BARACK H. OBAMA, *et al.*<br>*Respondents/Defendants.* | Case No. 05-CV-2199 (RCL) |

[~~PROPOSED~~] ORDER

Upon consideration of Petitioner's Unopposed Motion to Modify Schedule, the Court determines that the motion be GRANTED. It is hereby

**ORDERED** that the schedule be modified as follows:

| | |
|---|---|
| Deadline for Updated Briefs, Including Proposed Findings of Fact and Conclusions of Law: | Sept. 21, 2012 |
| Deadline for Petitioner's Decision Whether to Testify: | Sept. 21, 2012. |

SO ORDERED this 20th day of August 2012.

*/s/ Royce C. Lamberth*
ROYCE C. LAMBERTH
Chief Judge
United States District Court

3