UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ABD AL HAKIM GHALIB AHMAD ALHAG<br>　　*Petitioner/Plaintiff*,<br><br>v.<br><br>BARACK H. OBAMA, *et al.*<br>　　*Respondents/Defendants*. | Case No. 05-CV-2199 (RCL) |

**[PROPOSED] ORDER**

Upon consideration of Petitioner's Unopposed Motion to Stay Case Pending Resolution of Counsel Access Issues, It is hereby

**ORDERED** that this action be stayed until this Court's Order in *In re: Guantanamo Bay Detainee Continued Access to Counsel*, No. 1:12-mc-00398-RCL (D.D.C. Sept. 9, 2012) becomes final, either by the passing of the government's time to appeal or seek reconsideration, or the final disposition of any appeal, of such ruling.

**SO ORDERED.**

Signed by Royce C. Lamberth, Chief Judge, on September 27, 2012.

3